UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
5/3/2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ valeriem   DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 16-CR-0609-MMA |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| MARBIN RENE REYES-RUIZ | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, with prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

X    of the offense(s) as charged in the Indictment/Information:

8:1326(a),(b) - Attempted Reentry of Removed Alien (1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/3/16

Nita L. Stormes
U.S. Magistrate Judge